UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

CASE NO.: 8:21-cv-02025-SDM-AAS

ARMADILLO DISTRIBUTION
ENTERPRISES, INC. d/b/a DEAN
GUITARS; and CONCORDIA
INVESTMENT PARTNERS, LLC,

        Plaintiffs,

v.

IN DIME WE TRUST, RLT; and RITA
SUE HANEY,

        Defendants.

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Local Rule 2.02(c), Sarah M. Papadelias of Shullman Fugate PLLC moves to withdraw as counsel for Plaintiffs Armadillo Distribution Enterprises, Inc., d/b/a Dean Guitars ("Armadillo") and Concordia Investment Partners, LLC ("Concordia") (collectively "Plaintiffs") in this matter and states as follows:

1.    On January 18, 2024, Sarah M. Papadelias filed her notice of appearance on behalf of Plaintiffs Armadillo and Concordia. (Doc. 46).

2.    The undersigned certifies that she notified Plaintiffs Armadillo and Concordia of her withdrawal from the case, and Plaintiffs Armadillo and Concordia consent to Sarah M. Papadelias's withdrawal as counsel in this matter.

3. This withdrawal will not result in a person proceeding pro se.

4. Plaintiffs will not be prejudiced if this motion is granted, as Ronald S. Bienstock, Esq. of Scarinci Hollenbeck will continue to represent Plaintiffs in this matter.

5. This withdrawal will not result in a continuance of trial, or any further delay or prejudice to any party or the Court.

WHEREFORE, for the foregoing reasons, Sarah M. Papadelias respectfully requests that the Court grant her motion to withdraw as counsel of record in this matter.

## LOCAL RULE 2.02(c)(1)(B) CERTIFICATION

Pursuant to Local Rule 2.02(c)(1)(B), undersigned counsel hereby certifies that Plaintiffs Armadillo Distribution Enterprises, Inc., d/b/a Dean Guitars and Concordia Investment Partners, LLC have consented to her withdrawal as counsel of record in this matter.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel hereby certifies that she conferred with counsel for Defendants via email on July 8, 2025. Defendants do not oppose the relief requested herein.

Dated: July 8, 2025

Respectfully Submitted,

**SHULLMAN FUGATE PLLC**

*/s/ Sarah M. Papadelias*

Sarah M. Papadelias, Esq.
Florida Bar No. 0125098
100 South Ashley Drive, Suite 600
Tampa, FL 33602
Tel: (813) 435-1615
spapadelias@shullmanfugate.com

*Counsel for Defendants Armadillo Distribution Enterprises, Inc., d/b/a Dean Guitars and Concordia Investment Partners, LLC*